## MEMORANDUM

DATE:   January 22, 2004

TO:   Deputy Clerk
   Miscellaneous Business Docket

**04 MBD 10028**

FROM:   Nancy M. Rojas
   Financial Litigation Unit
   U.S. Attorney's Office

RE:   **U.S. v. Mitchell H. Goldberg**

    Attached is a certified copy of the above Judgment that was entered in Municipal Court for the State of California.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently employed at Family Chiropractic, 35 Main Street, Saugus, MA 01906.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any additional questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No. _04-mc-10028_

Dated: _1/23/04_



VENTURA COUNTY MUNICIPAL COURT
STATE OF CALIFORNIA

Civil Division
800 South Victoria Avenue
Ventura, CA 93009

**FILED**

SEP 05 1997

SHEILA GONZALEZ, Superior Court
Executive Officer and Clerk
By _____
Deputy

## CLERK'S DEFAULT

Case Number CIV173246

STUDENT LOAN MARKETING ASSOCIATION vs MITCHELL H. GOLDBERG
PLAINTIFF(S)                                DEFENDANT(S)

In this action, the defendant MITCHELL H. GOLDBERG

sued herein upon a contract for the recovery of money or damages only, having been personally served with summons and copy of complaint, having failed to appear and answer plaintiff's complaint within the time allowed by law and in said summons specified, and default of said defendant having been duly entered; acknowledgment of credit in the sum of $ -0- having been made; upon application of plaintiff

Judgment is hereby entered that plaintiff STUDENT LOAN MARKETING ASSOCIATION

recover from defendant MITCHELL H. GOLDBERG

the sum of $ 22,755.55 principal;   $ 2,109.76 interest;
$ 1,072.66 attorney fees;           $ 135.00 costs.
$ 26,072.97 Total

The foregoing judgment was
Entered on SEP 05 1997

_____
DEPUTY CLERK

CLERK'S DEFAULT

MC-847 (4/84)

04 MBD 10028

## ASSIGNMENT OF JUDGMENT

I, MARY KAY MAUER, representing the Student Loan Marketing Association/Loan Servicing Center/Indianapolis (Sallie Mae) of 11100 USA Parkway, P.O. Box 6180, City of Fishers, County of Hamilton, State of Indiana, in consideration of the sum of $24,865.31, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 9/5/97, docketed in the VENTURA, Case No. CIV173246, against MITCHELL H GOLDBERG, SSN#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, for $24,865.31 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Loan Servicing Center/Indiana address is: 11100 USA Parkway, PO Box 6180, Fishers, IN 46038, (800)251-4127.

The DHHS address is: U.S. Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, (301) 443-1782.

I have executed this assignment at Loan Servicing Center/Indianapolis the AUGUST 29, 2003.

_____
MARY KAY MAUER